**Order entered August 21, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00761-CV

**SARAH CURTIS, IN HER CAPACITY AS CHIEF APPRAISER OF THE KAUFMAN COUNTY APPRAISAL DISTRICT, Appellant**

**V.**

**RICK WILSON, INDIVIDUALLY AND AS CLASS REPRESENTATIVE OF PROPERTY OWNERS IN KAUFMAN COUNTY, TEXAS, Appellee**

**On Appeal from the County Court at Law No. 2
Kaufman County, Texas
Trial Court Cause No. 102319-CC2**

## ORDER

Before the Court is appellee's August 19, 2019 unopposed motion for a seven-day extension to file his brief. We **GRANT** the motion and **ORDER** the brief be filed no later than August 29, 2019.

/s/      ROBERT D. BURNS, III
CHIEF JUSTICE